WESTRUP KLICK, LLP
R. DUANE WESTRUP, Cal. Bar No. 58610
PHILLIP R. POLINER, Cal. Bar No. 156145
CAT-TUONG BULAON, Cal. Bar No. 206612
444 West Ocean Boulevard, Suite 1614
Long Beach, California 90802-4524
Telephone:  (562) 432-2551
Facsimile:  (562) 435-4856
Email:  lbrown@wkalaw.com
        ppoliner@wkalaw.com
        cnguyen@wkalaw.com

Attorneys for Plaintiff
CAROL LEE MEINHOLD

SHEPPARD MULLIN RICHTER & HAMPTON LLP
FRED R. PUGLISI, Cal. Bar No. 121822
VALERIE E. ALTER, Cal. Bar. No. 239905
1901 Avenue of the Stars, Suite 1600
Los Angeles, California  90067-6017
Telephone:  (310) 228-3700
Facsimile:  (310) 228-3701
E-mail:  fpuglisi@sheppardmullin.com
         valter@sheppardmullin.com

Attorneys for Defendant
SPRINT SPECTRUM L.P.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CAROL LEE MEINHOLD, suing individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPRINT SPECTRUM, L.P., a Delaware limited partnership; and defendant Does 1 through 100, inclusive.<br><br>Defendants. | Case No. 2:07-cv-00456-FCD-EFB<br><br>**STIPULATION AND ORDER POSTPONING DEADLINE TO FILE FEDERAL RULE OF CIVIL PROCEDURE 26 JOINT REPORT**<br><br>Complaint Filed: February 5, 2007<br>Served: February 9, 2007<br>Removed: March 9, 2007 |

///

///

# I.

## STIPULATION

IT IS HEREBY STIPULATED by and between:

- Defendant Sprint Spectrum L.P. ("**Sprint**") and

- Plaintiff Carol Lee Meinhold ("**Meinhold**")

through their undersigned counsel, as follows.

1. The parties' Federal Rule of Civil Procedure 26 Joint Report is currently due to be filed on May 8, 2007.

2. The parties met and conferred regarding the Rule 26 Joint report on April 19, 2007, pursuant to this Court's March 9, 2007 Order.

3. The Court held a hearing on Sprint's MOTION TO DISMISS on April 27, 2007 and ordered supplemental briefing on the issue of Meinhold's standing. The Court also informed the parties that it intended to rule on Sprint's MOTION after receiving the supplemental briefing.

4. Because the Rule 26 Report will change depending on the Court's ruling on Sprint's Motion, the parties have agreed and stipulated as follows:

- The parties will file their Rule 26 Report fourteen (14) calendar days from the Court's ruling on all Motions To Dismiss that have been or may be filed.

1  Dated:  April 30, 2007        SHEPPARD MULLIN RICHTER & HAMPTON LLP

3                                 By _____
                                        FRED R. PUGLISI
                                  Attorneys for Defendant Sprint Spectrum L.P.

6  Dated:  April 30, 2007        WESTRUP KLICK LLP

8                                 By _____
                                        PHILLIP R. POLINER
                                  Attorneys for Plaintiff Carol Lee Meinhold

13       IT IS SO ORDERED.

15  Dated: May 1, 2007

                                  _____
                                  FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE